1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                       CENTRAL DISTRICT OF CALIFORNIA

8                              WESTERN DIVISION

9

10   CARLOS AMADOR,                    )   No. EDCV 09-1346 FFM
                                       )
11                  Plaintiff,         )
                                       )   JUDGMENT
12        v.                           )
                                       )
13   MICHAEL J. ASTRUE,                )
     Commissioner of Social Security,  )
14                                     )
                    Defendant.         )
15   _____)

16        In accordance with the Memorandum Decision and Order filed concurrently

17   herewith,

18        IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner

19   of Social Security Administration, is affirmed and this action is dismissed with prejudice.

20

21

22   DATED: November 24, 2010                    /S/ FREDERICK F. MUMM
                                                   FREDERICK F. MUMM
23                                               United States Magistrate Judge

24

25

26

27

28